# TIFFANY & BOSCO
### P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

06-00376/752961

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kay Lynn White and Brian White<br>Debtors.<br><br>Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc.<br><br>Movant,<br>vs.<br><br>Kay Lynn White and Brian White, Debtors; Dianne C. Kerns, Trustee<br><br>Respondents. | No. 4:05-bk-05405-JMM<br><br>Chapter 13<br><br>(Related to Docket # 28)<br><br>**STIPULATION REGARDING MOTION FOR RELIEF** |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded July 3, 2002, at Recorders No. 2002-1280351, in the records of the Pima County, Arizona Recorder's Office, wherein Kay Lynn White and Brian

White, are designated as trustors and Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc. is the current beneficiary, which Deed of Trust encumbers the following described real property:

and as further described in the attached Exhibit "B"

IT IS FURTHER STIPULATED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| **1 PAYMENTS at $976.86** (June 1, 2006) | $976.86 |
| **4 LATE CHARGES at $38.45** (March 16, 2006 – June 16, 2006) | $153.80 |
| **DEBTOR SUSPENSE** | <$788.98> |
| **DOWN PAYMENT** | <$200.00> |
| **BANKRUPTCY ATTORNEYS FEES AND COSTS** | $500.00 |
| **TOTAL AMOUNT OF POST PETITION DEFAULT** | $641.68 |

1. The total arrearage of $641.68 shall be paid in six monthly installments of $106.95. These payments shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the July 15, 2006 payment and continuing throughout and concluding on or before December 15, 2006.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for July 1, 2006, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER STIPULATED that Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc. as the current beneficiary under the above described Deed of Trust, agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Stipulation are complied with. In the event of default in making any payments described herein or if the Debtor defaults on future post petition payments, Movant

may restore the original Motion for Relief and reset a hearing date in the matter.

IT IS FURTHER STIPULATED that if Debtor' Bankruptcy Case No. 4:05-bk-05405-JMM is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage Inc., and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER STIPULATED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER STIPULATED that any hearings scheduled in the matter are vacated.

DATED this ___11th___ day of ___July___ 2006.

TIFFANY & BOSCO, P.A.

By_____
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

_____
Raymond Hayes
Attorney for Debtor

_____
BRIAN WHITE

3